AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | | |
|---|---|---|
| United States of America<br>v.<br>BRIANNA CHRISTINE BAUER<br>JASON ANDREW HALL | )<br>)<br>)<br>)<br>)<br>) | Case No. 11-8082-LRJ |

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __March 14, 2011__ in the county of __Palm Beach__ in the __Southern__ District of __Florida__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC 471<br>18 USC 2 | BRIANNA CHRISTINE BAUER and JASON ANDREW HALL did knowingly and with intent to defraud, did falsely make, forge, or counterfeit obligations of the United States, that is the defendants did falsely make, forge or counterfeit $20 United States currency notes. |

This criminal complaint is based on these facts:

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Special Agent Thomas Fitzpatrick, USSS
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 3/15/11

_____
*Judge's signature*

City and state: West Palm Beach, Florida

Linnea R. Johnson, US Magistrate Judge
*Printed name and title*

# AFFIDAVIT
# OF
# THOMAS J. FITZPATRICK
# SPECIAL AGENT
# U.S. SECRET SERVICE

I, Thomas J. Fitzpatrick, being duly sworn, hereby depose and state as follows:

1. I am a Special Agent with the United States Secret Service (USSS) and have been so employed since November 2006. Prior to that, I served approximately 9 years as a Police Officer / Detective with the North Palm Beach Police Department and a Special Agent with the Florida Department of Law Enforcement. Routine duties of my current employment include the investigation of violations of federal and state laws pertaining to counterfeit currency and other criminal matters. I submit this affidavit based upon all the facts and circumstances surrounding this investigation as set forth herein, both from my own investigative efforts and from information obtained from other law enforcement officers with personal knowledge of the evidence and activities described herein. I have set forth only the facts that I believe are necessary to establish probable cause.

## FACTS SUPPORTING PROBABLE CAUSE TO BELIEVE VIOLATIONS OF TITLE 18 USC SECTION 471 HAVE OCCURED

2. This investigation originated when the United States Secret Service (USSS), West Palm Beach Resident Office (RO), was contacted by the City of Stuart Police Department (PD), Detective Heather Rothe reference to three (3) individuals uttering counterfeit currency within the City of Stuart, Martin County, FL. Of the three individuals

1

uttering counterfeit currency, two fled on foot and one was apprehended.

3. The initial individual apprehended identified as Michael Oatway 9/1/80, was arrested, and during a post Miranda statement admitted to possessing and uttering counterfeit currency within the City of Stuart, Florida. Oatway also identified and implicated the two individuals who fled on foot. Oatway identified Jason HALL 11/3/93, and Brianna BAUER 9/11/87, as possessing, uttering, and manufacturing counterfeit U.S. currency. Oatway was able to provide specific details as to the manufacturing equipment, process, and location of counterfeit currency. Oatway stated that HALL and BAUER were manufacturing the counterfeit U.S. currency at their residence at the "Sands Hotel" (2401 Beach Court Riviera Beach, Florida 33404), located in the "Singer Island" area of Riviera Beach, Florida. Oatway was physically inside their residence on 03/14/11, where he observed computer equipment, three in one printer- scanner-copier device, and "trash bags filled with paper counterfeit shreds." Oatway continued to advise that BAUER and HALL have been residing at the aforementioned address for approximately two months.

4. Continuing on 03/14/11, Oatway picked up BAUER and HALL at the Sands Hotel, drove them to Stuart, Florida. Along the way all three uttered counterfeit U.S. currency at several locations (gas stations, fast food restaurants, etc.) within Martin County, Florida. Oatway also stated that he had direct knowledge that in the past HALL had sold counterfeit U.S. currency, and that he would charge "$20 of real money for $100 of counterfeit."

5. Soon after Oatway, BAUER, and HALL started passing counterfeit U.S. currency

in Stuart, FL an employee of a local ice cream store (Cold Stone Creamery) notified the Stuart PD said that a female, later identified as BAUER, had just attempted to pass a counterfeit $20 bill. The ice cream store employee further advised that Bauer entered a Tan four door Chevrolet Sedan, FL Tag J18SZF(later determined to be registered to Oatway) with two males (Oatway and HALL). That vehicle and two occupants (Oatway and HALL) were located by Stuart PD, parked in front of Boca Tanning. As the police officer attempted to get their identification, HALL fled the scene on foot. After detaining Oatway, officers entered Boca Tanning, and upon speaking with the attendant it was determined that a female matching the description of BAUER, was in the store and made two purchases using (2) two separate counterfeit $20 bills, and fled out the back door when the police were trying to detain Oatway and HALL. HALL fled from the police.

6. After an extensive search utilizing police K9 units, HALL was apprehended hiding in a wooded area refusing to obey commands to surrender. Once he was in custody officers discovered on his person genuine U.S. currency and (1) one counterfeit $20 bill. Upon further examination officers noticed that the counterfeit $20 bill matched the genuine $20 also discovered on his person. HALL was transported to Martin Memorial Hospital, for K9 related injuries suffered during his apprehension. Upon my arrival at the hospital I examined all the currency recovered from HALL. I confirmed the counterfeit $20 bill, and the matching (a.k.a. Parent Note) genuine $20 bill.

7. After being advised of his Miranda warnings HALL stated that for the past two months, he has been residing with his "ex-girlfriend Brianna" at the "Sands Hotel, room

211" located at 2401 Beach Court Riviera Beach, Florida. HALL also stated that on 03/14/11, Oatway picked them up at the above listed address. The three drove to Stuart, Florida, where Hall said: "I intended on using the counterfeit, but because they (Oatway & HALL) were getting denied I didn't." HALL also stated that the counterfeit uttered at several stores / restaurants in Stuart, Florida, and recovered by Stuart PD, all "came from Bri." When asked about the counterfeit $20 bill and the Parent Note (matching genuine $20 bill) recovered on his person, HALL replied "I stole it from Bri this morning, she must have been using it to make the stuff." HALL voluntarily provided written consent to search his residence located 2401 Beach Court Riviera Beach, Florida 33404, the Sands Hotel, Room 211.

8. When agents with the USSS, and officers with the Riviera Beach PD arrived at the Sand Hotel, 2401 Beach Court, Riviera Beach, Florida, a white female matching the description of BAUER approached SA Thompson and Officer Thornton. The white female verbally identified herself as "Jessica Saunders." When asked to provide photo identification, the white female produced a Florida Identification Card with the name "Brianna Christine Bauer" with matching photo. Riviera Beach PD placed BAUER in custody for providing a false name to a law enforcement officer.

9. After being advised of her Miranda rights, BAUER stated "I will give you everything, and take you up there and show you where everything is." BAUER voluntarily provided written consent to search her residence located at 2401 Beach Court, Room 211, Riviera Beach, Florida 33404. Prior to searching the residence BAUER pointed out where uncut sheets of counterfeit currency were located, and the

tools and equipment used to manufacture it. BAUER also stated that "he made it on that" pointing to the printer / scanner.

10. Discovered in several dresser drawers containing male clothing were cutting tools (i.e. scissors, rulers, razor blades), discarded ink cartridges, and uncut sheets of counterfeit $20 bills. Intermingled inside those drawers were pill bottles identified as belonging to HALL. Uncut sheets of counterfeit $20 bills were also located in between the dresser and computer (CPU). Also located in the television stand was blank copy paper matching the paper on which the uncut counterfeit $20 bills were printed. Observed and photographed in the residence was mail addressed to "Jason HALL." The counterfeit currency recovered was consistent with a printer/scanner type product, and based on the fact the computer and printer / scanner were connected, and images scanned could be stored on the computer, both were seized. While searching the residence a neighbor advised that "at around 830PM BAUER took bags of garbage to the dumpster." BAUER confirmed that prior to our arrival she "cleaned up", and "threw out counterfeit." BAUER also produced the tube of sun block she purchased at Boca Tanning in Stuart, FL with a counterfeit $20 bill.

11. United States Secret Service Special Agent Gregory Thompson was able to locate the garbage bags from Room 211 discarded by BAUER. Discovered inside the garbage were discarded counterfeit $20 bills, clippings, and an unemployment benefit statement belonging to HALL.

12. BAUER provided a written statement in which she admitted to the following: She has been residing with her "boyfriend Jason" at the Sands Hotel room 211, 2401 Beach

Court Riviera Beach, Florida 33404, for the past two months. For the past two weeks "we have been making counterfeit", inside their hotel room. BAUER described the manufacturing process as "he used the printer to copy and print. During the process of manufacturing counterfeit I helped cut". They used the "counterfeit to purchase products and get real cash back for it."

13. On the basis of the foregoing facts and evidence, your affiant submits that probable cause exists that Brianna BAUER 09/11/87 and Jason HALL 11/3/93, has violated Title 18, United States Code, Section 471, Manufacturing Counterfeit U.S. Currency.

Further your affiant sayeth naught.

Thomas J. Fitzpatrick
Special Agent
U.S. Secret Service

Subscribed and sworn to before me this ___15___ day of __March__ 2011

LINNEA R. JOHNSON
UNITED STATES MAGISTRATE JUDGE

6